UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

CIT SMALL BUSINESS LENDING )
CORPORATION, )
    Plaintiff, )
) CIVIL ACTION NO. 3:12-474
v. )
)
) **JUDGMENT**
)
ADVANCED DENTAL CONCEPTS, P.C., )
and FREDRICO A. DIXON, III, )
    Defendants. )

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with the Memorandum Opinion entered this date, IT IS HEREBY ORDERED and ADJUDGED that Plaintiff CIT Small Business Lending Corporation's Motion for Partial Summary Judgment (DE 8) is GRANTED, and JUDGMENT entered against Defendant Advanced Dental Concepts, P.C. as to liability on the suits on the promissory note and the security agreement (Counts I and III).

IT IS FURTHER ORDERED that Advanced Dental assemble the collateral secured under the security agreement and make the same available to CIT at a place to be designated by CIT which is reasonably convenient to both parties.

This 12th day of July, 2013.



Signed By:
Karen K. Caldwell
United States District Judge