UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| CIT SMALL BUSINESS LENDING CORPORATION,<br><br>    Plaintiff,<br><br>V.<br><br>ADVANCED DENTAL CONCEPTS, P.C., a Tennessee professional corporation, and FREDRICO A. DIXON, III, a Tennessee individual,<br><br>    Defendants. | CIVIL ACTION NO. 3:12-CV-474<br><br><br>**ORDER** |

    This matter is before the Court on Plaintiff CIT Small Business Lending's motion for summary judgment against Fredrico A. Dixon, III. (DE 16). Dixon has not responded to CIT's motion for summary judgment. The Court has already entered summary judgment in favor of CIT against Advanced Dental Concepts, P.C. (DE 14). Pursuant to the Eastern District of Tennessee Local Rule 7.2, "Failure to respond to a motion may be deemed a waiver of any opposition to the relief sought."

    Accordingly, the Court **HEREBY ORDERS** as follows:

    1. Plaintiff's motion for summary judgment (DE 16) is **GRANTED**; and

    2. On or before Friday, **April 25, 2014**, the Defendants **SHALL SHOW CAUSE** as to why this Court should not enter a judgment against both defendants jointly and severally in the amount of $561,054.42 plus a per diem charge of $78.18 from September 16, 2013 until the date of the judgment, at the legal rate of interest in effect as of the date of this judgment, compounded daily and annually, until paid in full.

    This 18th day of April, 2014.

*Signature: Karen K. Caldwell*

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY